18 So.2d 884

**Flora Mae STERLING v. STATE.**

**6 Div. 74.**

Court of Appeals of Alabama.
May 9, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

17 So.2d 189

**Curtis STRICKLAND v. STATE.**

**6 Div. 13.**

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

11 So.2d 883

**James Elbert STRICKLAND v. STATE.**

**6 Div. 921.**

Court of Appeals of Alabama.
Jan. 12, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

14 So.2d 915

**Jim SUMMERS v. STATE.**

**8 Div. 329.**

Court of Appeals of Alabama.
June 15, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

13 So.2d 901

**Marie SUMMERVILLE, alias McLeod, alias McClod v. STATE.**

**6 Div. 979.**

Court of Appeals of Alabama.
May 18, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

18 So.2d 884

**Jimmie SWAIN v. STATE.**

**7 Div. 794.**

Court of Appeals of Alabama.
June 27, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

CARR, J., not sitting.